UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL JACKSON, | ) | Case No. CV 16-5583-PA(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBBIE ASUNCION, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: May 23, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE